# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146198

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CCXLS, LLC,
Petitioner-Appellee,

v

DEPARTMENT OF TREASURY,
Respondent-Appellant.

SC: 146198
COA: 297902
Michigan Tax Tribunal:
00-358530

_____/

On order of the Court, the application for leave to appeal the October 11, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013 _____

_____
Clerk

h0422